# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

E-filing

CR 11 0199

FILED
2011 MAR 31
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

SAMASONI TALAVOU FONOTI,

DEFENDANT(S).

---

## INDICTMENT

VIOLATION: 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii) - Possession with Intent to Distribute Methamphetamine

---

A true bill.

_____
Foreman

Filed in open court this 31st day of March 2011

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

KAREN L. HOM
Clerk

Bail, $ no proc

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

―― OFFENSE CHARGED ――

21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached Penalty Sheet.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
2011 MAR 31 P 1:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

― DEFENDANT - U.S. ―
▶ SAMASONI TALAVOU FONOTI

DISTRICT COURT NUMBER
CR 11 0199 JSW

――― DEFENDANT ―――

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶_____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes  } If "Yes" give date filed _____
been filed? ☐ No

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

―― PROCEEDING ――

Name of Complainant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  DEREK OWENS

―― ADDITIONAL INFORMATION OR COMMENTS ――

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2011 MAR 31 P 1:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 11 0199 JSW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| Plaintiff, ) | VIOLATIONS: 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii) – Possession with Intent to Distribute Methamphetamine |
| v. ) | |
| SAMASONI TALAVOU FONOTI, ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about December 10, 2009, in the Northern District of California, the defendant,

SAMASONI TALAVOU FONOTI,

knowingly and intentionally possessed with intent to distribute fifty grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in

//
//
//

INDICTMENT

1 | violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A)(viii).

2
3 | DATED: *March 31, 2011*                              A TRUE BILL.
4
5 |                                                                              FOREPERSON
6 | MELINDA HAAG
    | United States Attorney
7
8
9 | WILLIAM FRENTZEN
    | ~~Acting~~ Chief, Organized Crime Strike Force
10
11
12 | (Approved as to form: _____
    |                              AUSA OWENS
13
...
28

INDICTMENT                              2